UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 09-86-KSF

SHARON MARIE EVANS,                                                                            PLAINTIFF

v.                                                    **OPINION & ORDER**

SIR PIZZA OF KENTUCKY, INC., *et al*                                                        DEFENDANTS

\* \* \* \* \* \* \* \* \*

This matter is currently before the Court upon the motion of the plaintiff, Sharon Marie Evans, to reconsider the Order of Magistrate Judge James B. Todd of February 4, 2010, overruling her Motion to Compel and sustaining the objections raised by the defendants [DE #50]. In support of her motion, Evans argues that the defendants' failure to fully respond to her discovery requests "constitutes a clearly erroneous, arbitrary and capricious abuse of discretion" [DE #53].

The Court has carefully reviewed the arguments raised by Evans in her original motion to compel and her motion to reconsider, as well as Judge Todd's Order of February 4, 2010. Based on this review, the Court agrees with Judge Todd that the defendants' discovery requests were adequate and that the motion to compel should be overruled. Accordingly, the Court, being fully and sufficiently advised, hereby **ORDERS** that Evan's motion for reconsideration [DE #53] is **DENIED**.

This March 2, 2010.



Signed By:
*Karl S. Forester*  KSF
**United States Senior Judge**