UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 09-86-KSF

SHARON MARIE EVANS,                                         PLAINTIFF

v.                          **OPINION & ORDER**

SIR PIZZA OF KENTUCKY, INC., *et al*                      DEFENDANTS

\* \* \* \* \* \* \* \* \*

This matter is currently before the Court upon the motion of the plaintiff, Sharon Marie Evans [DE #64], to reconsider the Opinion & Order of March 2, 2010, approving the Protective Order of Confidentiality entered by Magistrate Judge Todd on February 4, 2010. Evans argues that the Court improperly entered its Opinion & Order prior to receiving her reply. The Court, now being fully and sufficiently advised, hereby **ORDERS** that Evans' motion to reconsider [DE #64] is **GRANTED** to the extent that the Court has reviewed and considered Evans' reply, but **DENIED** in all other respects.

This April 20, 2010.



**Signed By:**

*Karl S. Forester* KSF

**United States Senior Judge**