UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 09-86-KSF

SHARON MARIE EVANS                                                    PLAINTIFF

v.                            **OPINION & ORDER**

SIR PIZZA OF KENTUCKY, INC., *ET AL*                                    DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \*

This matter is currently before the Court upon the motions of the plaintiff, Sharon Marie Evans, to reconsider various Orders entered by this Court. These motions are fully briefed and are ripe for review.

I.        **EVANS' MOTIONS TO RECONSIDER [DE #109, 110, 111, and 112]**

         A.        **OPINION & ORDER OF JUNE 11, 2010 [DE #104]**

Evans' first motion [DE #109] seeks reconsideration of the Court's Opinion & Order of June 11, 2010 [DE #104] denying the following motions: Evans' motion for Rule 56(e)(1) hearing; Evans' motion to strike Sir Pizza's reply; Evans' motion to modify the scheduling order; Evans' motion for a stay of motions for summary judgment; and Evans' motion to alter, amend or vacate previous orders of the Court. Evans, however, has failed to come forward with any facts or arguments which justify the relief she seeks. The Court has carefully reviewed Evans' motion, as well as the previous orders to which she objects, and can find no reason to grant Evans the relief she requests. Accordingly, Evans' motion to reconsider [DE #109] the Opinion & Order of June 11, 2010 will be denied.

1

### B.     OPINION & ORDER OF JUNE 11, 2010 [DE #105]

Evans' next motion [DE #110] seeks reconsideration of the Court's Opinion & Order of June 11, 2010 granting partial summary judgment to the Governmental Defendants, denying Evans' motion for a hearing to compel, and granting the Governmental Defendants' motion to strike portions of Evans' affidavit. Again, Evans has failed to come forward with any facts or arguments which justify the relief she seeks. She has also failed to address the specific legal arguments raised by the Governmental Defendants in their motion to dismiss and relied upon by the Court in granting the motion for partial summary judgment. Based on a careful review of Evans' motion and the record as a whole, the Court will deny Evans' motion to reconsider [DE #110] the Opinion & Order of June 11, 2010.

### C.     OPINION & ORDER OF JUNE 11, 2010 [DE #106]

Evans also seeks reconsideration [DE #111] of the Court' Opinion & Order of June 11, 2010 [DE #106] which granted the Governmental Defendants' motion to strike portions of her affidavit filed in support of her opposition to the motion for partial summary judgment. Portions of Evans' affidavit were stricken based on Rule 56(e)(1) of the Federal Rules of Civil Procedure, which requires that an affidavit "be made on personal knowledge, set out facts that would be admissible in evidence, and show that the affiant is competent to testify on the matters stated." Fed.R.Civ.P. 56(e)(1). Evans argues that because she filed a CD of the criminal proceedings in the record, her recollection of the testimony therein no longer constitutes hearsay. However, she fails to provide any authority for allowing the Court to consider her recollections, interpretations, or opinions of that testimony, or her recollections of the testimony of the officers. Accordingly, Evans' motion for reconsideration [DE #111] will be denied.

### D. OPINION & ORDER OF JUNE 11, 2010 [DE #107]

Finally, Evans seeks reconsideration [DE #112] of the Court's Opinion & Order of June 11, 2010 [DE #107] granting summary judgment to Defendants Brian N. Taylor and Sir Pizza of Kentucky, Inc. ("Sir Pizza"). Specifically, Evans contends that there are issues of fact which preclude summary judgment. While Evans identifies certain factual disputes, none of the factual disputes was material to the resolution of the motion for summary judgment. Evans has failed to come forward with any evidence which created a material factual dispute sufficient to defeat the defendants' motion for summary judgment. Moreover, to the extent that Evans complains that the discovery process in this case was flawed, the Court has considered and rejected her arguments in various rulings throughout this case. Accordingly, Evans' motion for reconsideration [DE #112] of the Court's Opinion & Order of June 11, 2010 granting summary judgment to Taylor and Sir Pizza will be denied.

## II. CONCLUSION

For the reasons set forth above and in previous rulings, the Court, being fully and sufficiently advised, hereby **ORDERS** that Evans' motions for reconsideration [DE #109, 110, 111, and 112] are **DENIED.**

This August 6, 2010.



**Signed By:**
*Karl S. Forester* KSF
**United States Senior Judge**